UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JESSE W. BRANDON                                                                              PLAINTIFF

V.                                    NO. 1:17-CV-00040-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

Plaintiff Jesse Brandon has filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2). No objection has been filed. For good cause shown,

IT IS HEREBY ORDERED THAT Plaintiff's Motion to Dismiss, *Doc. No. 11*, is GRANTED. Plaintiff's Complaint is dismissed without prejudice and the case is terminated.

IT IS SO ORDERED this 6th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE